EMANUEL S. SHIRAZI (BAR NO. 228909)
GLORIA TUMANYAN (BAR NO. 304028)
SHIRAZI LAW FIRM
1875 Century Park East, Suite 1025
Los Angeles, California 90067
Phone: (310) 400-5891
Fax: (888) 908-7359
E-Mail: emanuel@shirazilawfirm.com
         tumanyanlaw@gmail.com

Attorneys for Plaintiff
EILEEN LAUB

AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
ALANA THORBOURNE CARLYLE (BAR NO. 284591)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: awintersheimer@allenmatkins.com
         athorbourne@allenmatkins.com

Attorneys for Defendant
KAO USA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN LAUB, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KAO USA, INC., an Ohio corporation; SORAYA CAUDILL, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01383-MCS-E<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed:  August 8, 2019 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

905171.01/SD

JOINT STIPULATION TO DISMISS ACTION
WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, Plaintiff, Eileen Laub, and Defendant, Kao USA Inc., hereby stipulate to the voluntary dismissal of this action in its entirety, with prejudice, with each party to bear her/its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: February 16, 2021        SHIRAZI LAW FIRM

By: */s/Emanuel Shirazi*
EMANUEL SHIRAZI
Attorneys for Plaintiff
EILEEN LAUB

Dated: February 16, 2021        ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: */s/Amy Wintersheimer Findley*
AMY WINTERSHEIMER FINDLEY
Attorneys for Defendant
KAO USA INC.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

905171.01/SD

-2-

JOINT STIPULATION TO DISMISS ACTION
WITH PREJUDICE